NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**ALVIN LINCOLN,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

―――――――――

2014-7038

―――――――――

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-2033, Judge Kenneth B. Kramer.

―――――――――

**ON MOTION**

―――――――――

**O R D E R**

Alvin Lincoln moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                      LINCOLN v. SHINSEKI

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24